FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HALME CONSTRUCTION INC., a Washington corporation,<br><br>                Plaintiff,<br><br>  v.<br><br>SUPREME STEEL INC., a foreign corporation, ATLANTIC SPECIALTY INSURANCE COMPANY BOND NO. 917107291/800017191,<br><br>                Defendants.<br>_____<br>SUPREME STEEL, INC., a foreign corporation,<br><br>                Third-Party Plaintiff,<br><br>  v.<br><br>FOUGHT & COMPANY, INC., an Oregon corporation,<br><br>                Third-Party Defendant. | No. 2:22-cv-00135-MKD<br><br>ORDER DISMISSING CASE<br><br>**ECF No. 7** |

ORDER - 1

Before the Court is the parties' Stipulation for Voluntary Dismissal with Prejudice, ECF No. 7. The parties request this case be dismissed and seek an order dismissing the action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own costs and fees. The Court accepts the stipulation of dismissal and dismisses this case.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulation for Voluntary Dismissal, **ECF No. 7**, is **GRANTED**, and this case is dismissed **WITH PREJUDICE**.

2. Any pending motions are **DISMISSED as moot**.

3. All hearings and other deadlines are **STRICKEN**.

4. The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED September 28, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2